# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**SHAWN D. BURTON**                                                        **PETITIONER**

**VERSUS**                                         **CRIMINAL NO. 3:99-cr-154-WHB**
                                                   **CIVIL ACTION NO. 3:07-cv-211-WHB**

**UNITED STATES OF AMERICA**                                               **RESPONDENT**

## ORDER

This cause is before the Court on the Request of Petitioner to Proceed *in forma pauperis* in the above referenced civil lawsuit. In support of his request, Petitioner submitted a Declaration, which includes information regarding his assets, his inability to prepay fees, the nature of the action, his belief that he is entitled to redress, and a summary of the balance maintained in his inmate account for the past six-month period. Having reviewed the Declaration, the Court finds that Petitioner should be allowed to proceed *in forma pauperis* in this case.

IT IS THEREFORE ORDERED that the Request of Petitioner for Leave to Proceed *In Forma Pauperis* [Docket No. 124] is hereby granted.

SO ORDERED this the 27th day of April, 2007.

                                              s/ William H. Barbour, Jr.
                                              UNITED STATES DISTRICT JUDGE